DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MANFRED BRECKER,**
Appellant,

v.

**DELAIRE COUNTRY CLUB, INC.,**
Appellee.

No. 4D19-1648

[November 27, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Jr., Judge; L.T. Case No. 502017CA009045XXXXMB.

Stephen J. Padula and Joshua A. Widlansky of Padula Bennardo Levine, LLP, Boca Raton, for appellant.

James N. Krivok of James N. Krivok, P.A., Stuart, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY, J., and PHILLIPS, CAROL-LISA, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***